UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| NABIL ISKANDER | ) | CASE NO. 1:18-cv-183 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN A. POLSTER |
| | ) | |
| vs. | ) | MAGISTRATE JUDGE DAVID A. |
| | ) | RUIZ |
| AMERICAN METAL COATINGS, INC. | ) | |
| | ) | **ORDER APPROVING** |
| Defendant. | ) | **SETTLEMENT** |
| | ) | |

THIS CAUSE having come before the court on the Confidential Joint Motion for Approval of Settlement and Stipulation of Dismissal With Prejudice as to Plaintiff's Complaint, such stipulation including the parties' Joint Stipulation of Settlement and Release, and due cause appearing therefore, it is hereby:

ORDERED AND ADJUDGED as follows:

1. This Court hereby accepts and approves the proposed settlement and holds that proposed settlement submitted by the parties is a fair and reasonable settlement of a bona fide dispute over the provisions of the Fair Labor Standards Act;

2. The Court orders that the settlement be effectuated as set forth in the settlement agreement; and

3. This Court shall retain jurisdiction to enforce the parties' settlement agreement

ORDERED this  18th  day of _____May_____, 2018.

_____
JUDGE DAN AARON POLSTER